1  Lynn Hubbard, III, SBN 69773
2  Mark Emmett, SBN 182053
3  **Law Offices of Lynn Hubbard**
   12 Williamsburg Lane
4  Chico, CA 95926
5  (530) 895-3252

6  Attorney for Plaintiff

### THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Gypsie Jones,<br><br>　　　Plaintiff,<br><br>　　vs.<br><br>Ralphs Grocery Company dba Foods Co #355, et al.,<br><br>　　　Defendant. | Case No. 2:04-cv-2002 MCE KJM<br><br>**Stipulation to Abandon Claims for Statutory Damages and Waive Jury Trial**<br><br>Trial:　August 16, 2006<br>Time:　9:00 a.m.<br>Crtm:　3, 15th Floor<br><br>Honorable Morrison C. England, Jr. |

　　　IT IS HEREBY STIPULATED between the plaintiff on the one hand, and the defendant on the other, through their respective counsel, as follows:

　　　1.　Plaintiff hereby waives her claims for statutory damages under California Civil Code sections 52(a) ("Unruh Civil Rights Act") and 54.3(a) ("Disabled Persons Act") as prayed for in Plaintiff's Third and Fourth Claims for Relief. As such, Plaintiff is now only seeking Injunctive Relief.

///

///

Page 1

1  2. In consideration of Plaintiff's waiver of statutory damages, the
2 Parties respectfully request that the matter be tried by the Court without a
3 Jury. Defendant hereby waives its right to a jury trial in this matter.
4  3. The Parties now anticipate a one day Court Trial.
5 Dated: July 13, 2006    LAW OFFICES OF LYNN HUBBARD

7  /s/ Mark Emmett, Esquire
8 MARK EMMETT
Attorney for Plaintiff

10 Dated: July 13, 2006    KRING & CHUNG

12  /s/ Shane Singh, Esquire
13 SHANE SINGH
Attorney for Defendant

## ORDER

GOOD CAUSE APPEARING, the foregoing is approved. Court Trial in this matter shall commence on August 16, 2006 at 9:00 a.m. The hearing date of August 15, 2006 regarding Motions in Limine and other Pre-Trial motions is vacated, as they shall be heard on the first day of trial.

Dated: July 17, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE