LAW OFFICES
KRING & CHUNG, LLP
2151 RIVER PLAZA DR.
SUITE 310
SACRAMENTO, CALIFORNIA 95833
TELEPHONE (916) 564-7000

Shane Singh, Attorney Bar No. 202733

Attorney for Defendant, DOLLAR TREE STORES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GYPSIE JONES,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>RALPHS GROCERY COMPANY dba FOODS CO #355; DOLLAR TREE STORES, INC. dba DOLLAR TREE #2041; GABRIEL H. CHIU & LAI HAR CHIU, Co-Trustees of the CHIU FAMILY TRUST; and DOES 1 through 10,<br><br>　　　　　Defendants. | CASE NO. 2:04-cv-2002-MCE-KJM<br><br>**JUDGMENT IN A CIVIL CASE** |

On May 19, 2006, this Court partially granted Defendant DOLLAR TREE STORES, INC.'s Motion for Summary Judgment. The Court granted Defendant DOLLAR TREE STORES, INC.'s Motion for Summary Judgment on the claims that: 1) there is no accessible check stand; 2) the signage on the women's restroom door creates an accessibility barrier, and 3) the pressure required the open the women's restroom door creates an inaccessibility barrier. The Court denied Defendant DOLLAR TREE STORES, INC.'s Motion for Summary Judgment on Plaintiff's claims that: 1) the ISA signage is improperly mounted on the entrance door, and 2) there is no signage identifying the accessible check stand.

///

///

1  On November 17, 2006, this Court issued a Memorandum and Order dismissing Plaintiff
2  JONES' Complaint after it concluded that no claims remained against Defendant DOLLAR TREE
3  STORES, INC.
4  Judgment is entered in favor of Defendant DOLLAR TREE STORES, INC. and against
5  Plaintiff GYPSIE JONES.
6  IT IS SO ORDERED.

Dated: December 13, 2006

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

